UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | CRIMINAL NO. M-05-165 |
| | § | |
| OLGA LIDIA RODRIGUEZ-DE LA CRUZ | § § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for July 12, 2005) is hereby reset for sentencing on August 12, 2005 at **9:00 a.m.** in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

ENTERED this 22nd day of June, 2005, at McAllen, Texas.

Randy Crane
United States District Judge